UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALMA CLARISA HERNANDEZ, | ) | Case No.: C 10-5475 PSG |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| FRY'S ELECTRONICS, INC., ALLAN FAINBARG, SARA FAINBARG, ARNOLD D. FENERSTEIN, ELLIOT FENERSTEIN, and ROBERTA FENERSTEIN, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to General Order 56, Plaintiff should have filed a motion for administrative relief pursuant to Civ. L.R. 7-11 within 7 days of the mediator filing a certificate of mediation.[1] According to the docket, the mediator's certificate of mediation in this case was filed on December 16, 2011.

No relief from the requirements of General Order 56 has been granted by this court, nor has any relief pursuant to Civ. L.R. 7-11 been sought. Accordingly,

IT IS HEREBY ORDERED that no later than May 25, 2012, Plaintiff shall file a declaration showing cause, if any, show cause why this case should not be dismissed for to comply with General

---

[1] General Order 56 (as amended on November 5, 2009) sets forth the schedule for any action which asserts a denial of a right of access protected by Titles II or III of the Americans with Disabilities Act ("ADA"). Paragraph 7 states:

> If the case does not resolve at mediation, plaintiff shall within seven calendar days of the mediator's filing of a Certification of ADR Session reporting that the mediation process is concluded, file a Motion For Administrative Relief pursuant to Civil Local Rule 7-11 requesting a Case Management Conference.

Case No.: C 10-5475 PSG
ORDER TO SHOW CAUSE 1

1  Order 56.[2] Failure to comply may result in dismissal of Plaintiff's claims.

3  Dated: May 1, 2012

4  _____
   PAUL S. GREWAL
   United States Magistrate Judge

---

28  [2]   *See* Fed. R. Civ. P. 41(b).

Case No.: C 10-5475 PSG
ORDER TO SHOW CAUSE                                                               2