IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,<br><br>            Plaintiff(s),<br>  v.<br><br>FRY'S ELECTRONICS, INC., et. al.,<br><br>            Defendant(s). | CASE NO. 5:10-cv-05475 EJD<br><br>**ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Interim Case Management Statement (see Docket Item No. 34), the court has determined that an appearance is unnecessary at this time. Accordingly, the Interim Case Management Conference schedule for February 1, 2013, is VACATED and the parties ordered to comply with the Amended Case Management Order filed September 11, 2012. See Docket Item No. 32.

**IT IS SO ORDERED.**

Dated: January 29, 2013

                                            EDWARD J. DAVILA
                                            United States District Judge