1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Alma Clarisa Hernandez
6
7                                                                                   4/16/2013



8 <center>UNITED STATES DISTRICT COURT</center>

9 <center>NORTHERN DISTRICT OF CALIFORNIA</center>

10

11 | ALMA CLARISA HERNANDEZ, | ) No. 5:10-CV-05475-EJD |

12 | Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION** |

13 | vs. | ) |

14 | FRY'S ELECTRONICS, INC., et al., | ) |

15 | Defendants. | ) |

18     IT IS HEREBY STIPULATED by and between Plaintiff Alma Clarisa Hernandez and

19 Defendants Fry's Electronics, Inc., Allan Fainbarg and Sara Fainbarg, Co-Trustees of the

20 Fainbarg Family Trust Dated April 19, 1982; Arnold D. Feuerstein, Trustee of the Feuerstein

21 Community Property Trust Dated April 13, 1982; Elliott Feuerstein, Trustee of the Elliot

22 Feuerstein Trust Dated May 14, 1982 and Roberta Feuerstein Trust Dated July 9, 1983

23 ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil

24 Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

25 entirety.  Each party is to bear its own fees and costs.  The Clerk shall close this file.

26 Date: April 12, 2013                    MOORE LAW FIRM, P.C.

27                                         /s/Tanya E. Moore
28                                         Tanya E. Moore
                                           Attorney for Plaintiff Alma Clarisa Hernandez

*Hernandez v. Fry's Electronics, Inc., et al.*
Stipulation for Dismissal of Action

<center>Page 1</center>

1  Date: April 12, 2013					BORTON PETRINI, LLP

2							/s/ Samuel L. Phillips
							Samuel L. Phillips
3							Attorneys for Defendants Fry's Electronics, Inc.,
4							Allan Fainbarg and Sara Fainbarg, Co-Trustees of
							the Fainbarg Family Trust Dated April 19, 1982;
5							Arnold D. Feuerstein, Trustee of the Feuerstein
6							Community Property Trust Dated April 13, 1982;
							Elliott Feuerstein, Trustee of the Elliot Feuerstein
7							Trust Dated May 14, 1982; Roberta Feuerstein
							Trust Dated July 9, 1983
8

*Hernandez v. Fry's Electronics, Inc., et al.*
Stipulation for Dismissal of Action

Page 2